# United States District Court
## Southern District of Georgia

Russell Jay Newell

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV518-3

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 23, 2018, the the Report and Recommendation of the Magistrate Judge is Adopted, dismissing petitioner's 2255 motion. Petitioner is not entitled to a Certificate of Appealability rendering moot any request to proceed in forma pauperis on appeal. This action stands closed.

April 26, 2018
Date

Scott L. Poff
Clerk

(By) Deputy Clerk